

**FILED**

JUN 25 2012

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

1  HANK W. WALTH #158362
   LAW OFFICE OF HANK W. WALTH
2  2525 Pacific Ave Ste 2/PO Box 30953
   Stockton, California 95213-0953
3  Phone: (209) 469-9110/Fax: (209) 391-2919

4  Attorney for Debtor

5           UNITED STATES BANKRUPTCY COURT
        EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION
6

7  In re:                    )   Case No.:  11-46710-D-13G
                             )
8      BYLOW, Carl E.,       )   **WAGE ORDER**
                             )
9           Debtor.          )

10     IT IS ORDERED that **MOTHER LODE APPLIANCE**, 10876 State Highway 88,

11  Jackson, California 95642, the employer of the above-named debtor **(employee ID: 4;**

12  **social security no. XXX-XX-5105)**, be and is hereby directed until further court order to

13  deduct from the debtor's wages, and forward to the Chapter 13 Trustee, **RUSSELL D.**

14  **GREER, Post Office Box 3051, Modesto, California 95353-3051**, the sum of **$420.00**

15  each month. Payroll deductions made in accordance with the applicable law for current

16  income tax withholding, federal social security, state disability, insurance premiums, union

17  dues, employee welfare fund agreements, mandatory retirement contributions, and

18  employer sustenance agreements are not affected by this order and may be continued.

19     This is a voluntary wage order and may include money for living expenses, such as

20  mortgage and vehicle payments. Therefore, the salary percentage deduction limitations set

21  forth in California Code of Civil Procedure § 706.050 and 15 U.S.C. § 1673(a) do not apply.

22     A copy of this order shall be served by mail on the present and subsequent employers

23  of the debtor. **Monies transmitted to the Trustee shall be identified by the debtor's name**

24  **and case number as they appear above.**

25  _/s/ Russell D. Greer_
    Approved by the Chapter 13 Trustee
26  Dated:                                    For the Court
                                              Wayne Blackwelder
27                                            Clerk, U.S. Bankruptcy Court
                                              By_____
28                                            Deputy Clerk

1

RECEIVED
June 22, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004303606